**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

RECEIVED
U.S. DISTRICT COURT
2019 JUL 25 A 9:31

FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 2 5 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 5:19-CV-234-JM-BD

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Brad Chambers
ADC # 168874

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Moody
and to Magistrate Judge Deere

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Arkansas Department of Corrections
Position: _____
Place of employment: Tucker Unit
Address: 2400 State Farm Road, Tucker, AR 72168
Name of defendant: Rodney Ford
Position: Major

-4-

Place of employment: __Tucker Unit (ADC)__
Address: __2400 State Farm Rd. Tucker, AR 72168__
Name of defendant: __Jermaine West Jr.__
Position: __Corporal__
Place of employment: __Tucker Unit (ADC)__
Address: __2400 State Farm Rd. Tucker, AR 72168__
Name of defendant: _____
Position: _____
Place of employment: _____
Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _Arkansas Department of Corrections Tucker Unit_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____
_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ✓

If not, why? Didn't recieve response to Step Two. I sent a notarized affidavit to the Director stating this and I will attach that plus the response from the Directors Office

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Attatched

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pain and Suffering, Mental Anguish, Emotional Trauma, Punitive Damages, Compensatory Damages, Totaling $438,600.00

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 19TH day of July, 2019.

_____
Signature(s) of plaintiff(s)

-8-

STATE OF ARKANSAS )
) §
COUNTY OF JEFFERSON )

Inmate, _____ being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of __July__, 20_19_.

My Commission Expires: 5/12/2020

NOTARY PUBLIC

LATONYA LYNETTE SELLARS
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 5-12-2020
Commission # 12377466

I am filing a law-suit against the Arkansas Department of Corrections in incidents that happen in November 2018, November 4th, 2018 I was attack in hallway 330PM; and November 5th, 2018 in the morning at 4AM was attack while sleeping. I am suing Major Ford that was over Security at the Unit, at the time. And Officer West that is still an employee. I was attact Brad Chambers #168874 in the hallway at 330PM by Inmate Sean Conkey #164554 that was Sunday November 4th, 2018. They took Sean Conkey #164554 to the hole and let him out that night. The following morning around 4AM Officer West that was on or Barracks door 3B, let Sean Conkey into or barracks from another barracks and Sean Conkey viciously attack me while I slept stomping me and kicking and hitting me with his boots and fists. So all available was called again. The same Inmate that attack me the previous day. Officer West, Officer Jackson and Sgt. Williams, escorted Sean Conkey and me Brad Chambers to the Infirmary and one of us into the Library, to go to the infirmary next. I advised Sgt. Moore I would be in danger going back to 3B or 4 Barracks. And Major Ford told me to go back to 3B Barracks. I advised Major Ford I didn't feel safe so he sent me to Restrictive Housing. At the time I did not recieved any disciplinary.

page 1 of 2

I HAVE SUFFERED SEVERE HEADACHES AND EMOTIONAL TRAUMA, AND CHRONIC PAIN IN MY NECK AND LOWER BACK SINCE THE INCIDENT IN THE BARRACKS 3B THAT MORNING NOVEMBER 5th, 2018 AT 4AM, FROM INMATE SEAN CONKEY #164554 STOMPING ME WITH HIS BOOTS AND HITTING ME WITH HIS FISTS WHILE I SLEPT. LIKE I SAID I AM SUING ARKANSAS DEPARTMENT OF CORRECTIONS AT THE TUCKER UNIT, LACK-OF-SECURITY AND PROTECTING INMATES FROM OTHER INMATES. AND NEGLIGENSE ON MAJOR FORD AND OFFICER WEST THAT WAS ON DUTY ON OUR BARRACKS DOOR. LETTING INMATE SEAN CONKEY #164554 FROM ANOTHER BARRACKS TO COME IN THERE TO ATTACK ME BRAD CHAMBERS THAT CAUSE MY INJURYS I AM HAVING NOW. I HAVE ALL THE DOCUMENTION ON RECORD WHAT HAPPEN AND STATEMENTS FROM THE DISCIPLINARY HEARING JUDGE JOANNA Z. FRANKLIN FINING ME NOT guilty IN MY DISCIPLINARY, AFTER THEY ATTEMPTED TO RELEASE US TO POPULATION AFTER BEING ASSAULTED BY CONKEY TWICE

1) SUING <u>ARKANSAS DEPARTMENT OF CORRECTIONS</u> AT THE TUCKER UNIT, [FOR LACK-OF-SECURITY]

2) <u>MAJOR FORD</u> - THAT WAS OVER SECURITY AT THE TIME AT THE TUCKER UNIT WHEN INCIDENTS TOOK PLACE November 4th, 5th, 2018

3) <u>OFFICER WEST</u> - NEGLIGENCE ON HIM, FOR INMATE SEAN CONKEY #164554 LETTING HIM IN MY BARRACKS TO ATTACK ME AND CAUSE INJURYS TO ME.

PAGE 2 OF 2

I AM SUING FOR: $1200 DOLLARS A DAY FROM NOVEMBER 5th, 2018 TO NOW, WHEN THE INCIDENT ACCURED WITH SEAN CONKEY OR TILL I GET OUT.

PAIN & SUFFERING          PUNITIVE DAMAGES
MENTAL ANGUILSH           COMPENSATORY DAMAGES
EMOTIONAL TRAUMA

IN OF JULY 2019 — $438,600.00
    AUG.  //
    SEPT,
    OCT. 2019
    NOV.  //
    DEC.

800-4

STATE OF ARKANSAS )
                  )§
COUNTY OF Jefferson )

### AFFIDAVIT

I, Brad Chambers, after first being duly sworn, do hereby swear, depose and state that: (Arkansas Dept.-Cor) ADC has failed to respond to Grievance number 18-00891 in a timely manner. Step Two was filed with officer Berryhill on 11/19/2018. The Administrative Directive (AR 835 Grievance Procedure for Offenders) states that I should have recieved an Acknowledgement or Rejection of the Unit Level Grievance within 5 business days and a response from the Warden within 20 business days. Failing to recieve these denies me the proper forms to complete the process and ultimately exhausts my grievance process, Allowing me to proceed w/ a 1983 lawsuit.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

12/22/18                        Brad Chambers
DATE                            AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 22 day of December, 2018.

Mary Ann Coleman
NOTARY PUBLIC

My Commission Expires: October 27, 2021



Director's Office
6814 Princeton Pike
Pine Bluff, Arkansas 71602-9411
Phone: (870) 267-6200
Fax: (870) 267-6244
www.arkansas.gov/doc

**Arkansas Department of Correction**

## MEMORANDUM

**TO:** Inmate Brad Chambers, ADC# 168874
Tucker Unit

**FROM:** Lyn Bennett, Executive Assistant to the Director

**RE:** Incident

**DATE:** February 19, 2019

Thank you for contacting my office. I have read and reviewed the correspondence you sent to my office concerning an incident that occurred.

Records indicate you have filed a grievance on this matter: TU-18-00891.

Please be advised that my office is not directly involved in the grievance process. Grievances will be responded to through the grievance and grievance appeal process as outlined in AD 14-16.

The Warden responded to your grievance:

*According to information obtained from Officer West, he did not allow inmate Conkey to enter into three barrack. Officer West further stated that he gave Inmate Conkey several orders not to go in three barrack, and while he radioed for the Captain, Inmate Conkey ran into three barracks. Inmate Conkey was placed on your Offender Separation Alerts list, and received a disciplinary for his actions. I find this grievance without merit.*

LB/ms

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: Tucker

Name: Brad Chambers

ADC# 168874  Brks # AH  Job Assignment: Outside Maintenance

11/15/18 (Date) STEP ONE: Informal Resolution

11/19/18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Sgt. Powell determined this was NOT step 1 for unknown reason. Issue not resolved

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): On Sunday Nov. 4th I was attacked in the hallway at approximately 3:30PM by inmate S. Conkey. All available was called and we were detained by officer Woods, officer Thurman, Sgt Sellers, Sgt Alexander and Lt. Davis. Conkey was taken to RH and I was moved from 8A to 3B. Conkey was released from restrictive housing that same evening. On Monday Nov. 5th at approx. 4:00 AM Officer West allowed inmate Conkey to come in to 3B and viciously attack me in my sleep. All available was called again and Officer West, Ms Jackson, and Sgt Williams handcuffed us, and took him to the infirmary and put me in the library. Sgt. Moore took my witness statement where I advised I would be in danger going back to 3 or 4 barracks. Major Ford told me to go back to 3B when he got in after shift change. I advised him I didn't feel safe so he sent me to RH and put me on DCR for refusing to go in 3B. I have remained in RH and on Nov 13th I was told I was being released but I had to go to 3 or 4 barracks. I still dont feel safe in the class 4 barracks and I dont understand why I would have to be housed there being class 1B. I am still currently disciplinary free.

Inmate Signature: Brad Chambers    Date: 11-15-18

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 11-15-18 (date), and determined to be **Step One** and/or an Emergency Grievance N/O (Yes or No). This form was forwarded to medical or mental health? NO (Yes or No). If yes, name of the person in that department receiving this form: _____  Date: _____

Justin Powell    16311?    Justin Powell    11-15-18
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: _____

Staff Signature & Date Returned _____    Inmate Signature & Date Received: Brad Chambers 11/17/18

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: 11-??-??
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

w/u

| **ISSR100** | **Arkansas Department of Corrections** | If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director. |
|---|---|---|
| | Tucker Unit **Unit** | |
| | **MAJOR DISCIPLINARY** | |

**Inmate:** Chambers, Brad     **ADC#:** 168874A     **Assignment:** AM:Restrictive Housing
                                                                                                   PM:Discpl Court Review

**Class:** I-C     **is being charged by**     Powell, Justin M     **Title:** Correctional Sergeant
**with code violation(s):**

12-4 Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportion vehicle, or hallway.

**Date & Time:** 11/13/2018     3:00 PM

**Notice of Charges:**

Incident Report Unit: Tucker Unit
Incident Report Date/Time: 11/16/2018/01:12:12 PM
Incident Report Number: 2018-11-051
Incident Report Comments By: Justin M Powell
On November 13, 2018 at approximately 3:00 pm in Restrictive housing, zone 3, I Sgt. Justin Powell received a Tucker unit movement sheet and gave inmates Sean Conkey #164554, Brad Chambers #168874, Cory Ohler #141546 and Arthur Haygood #160886 (verified through eomis picture roster) all verbal direct orders to pack their property and move from restrictive housing to their new bed assignment in general population. All inmates refused my orders and stated they were not moving. Therefore, I Sgt. Powell charge inmates Conkey #164554, Chambers #168874, Ohler #141546 and Haygood #160886 with rule violation 12-4.

(I affirm that the information in this report is true to the best of my knowledge)     Signature of Charging Officer

| **NOTIFICATION:** | **Officer** _Sgt al. Mccoy_ | **Date & Time Notified** 11/16/18 3:09pm |
|---|---|---|

**Witness Statements:**     **No** X     **If yes, list:**

Inmate's Signature

| **C.S.O. Review:** | **Outcome:** | Refer to Hearing Officer/Comm. | |
|---|---|---|---|
| | **By:** | Ford, Rodney X | **Date** 11/16/2018 |

| **Extension:** | **No** X | **Yes** _____ | **Has extension form been completed?** _____ |
|---|---|---|---|

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
**Counsel-Substitute:**     **Assigned (Name)** _____     **Not Assigned** _____

Disciplinary Hearing Action
11/20/2018   1:26 PM
Page 2

**Inmate:** Chambers, Brad          **ADC#:** 168874A          **Unit:** Tucker Unit

**Additional Sanctions/General Comments:**

1st DR
the inmate that assaulted this inmate 2x's was being released at the same time to Gen. Pop. even though he received 30 days Punitive on 11/6/2018; Why is this inmate not being transferred or housed in RH even though there is an enemy alert on this inmate.
Warden
In good faith I can not find this inmate guilty for wanting to protect his life when I don't feel security has made him feel safeguarded.

**Factual Basis for Decision (This is a short synopsis of the facts as the Hearing Officer perceives them after reviewing all of the evidence.):**
Inmate refused to comply with all directives to move to Gen Pop.

**Evidence Relied Upon:**

f1 states Inmate refused to comply with all directives to move to Gen Pop.
005

**Reasons Why Information Purporting to Exonerate Inmate was Discounted:**
Staff report is accepted.

**Reasons for Assessment of Punishment:**
Chambers is class IC and must comply with all directives to go to assigned Living Area

I have read this report and understand that I may appeal to the Warden about any decision made in this matter within fifteen (15) working days by completing the "Disciplinary Appeal" form.

**Inmate's Signature** _____   **Counsel-Substitute** _____

I affirm that the information is true to the best of my knowledge.

**Hearing Officer** _Johnna Z Franklin_____   **Date** _____

**ISSR101**                                     **Arkansas Department of Correction**

### DISCIPLINARY HEARING ACTION

**Inmate:** Chambers, Brad        **ADC#:** 168874A        **Unit:** Tucker Unit

**Code Violation(s):**
12-4  Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportion vehicle, or hallway.

**Date/Time of Alleged Offense(s):**   11/13/2018  3:00 PM

**Hearing Date:**   11/20/2018        **Time: Start**  1:09 PM                **End**  1:22 PM

**Recorder:** Franklin, Joanna Z      **Tape#:**         **Side:**      **Meter: From**            **To**

**Plea:**  Not Guilty                                                  **Attendance Waived:**  No

                                                             **Has waiver form been completed?** _____

**Inmate's Statement:**
1. I was a IB until I was assaulted by Sean Conkey in the hallway; and the night of Nov. 5th the officer allowed this inmate to come in the bks and assault me again. This makes 2x's then they were going to release both of us at the same time. How am I supposed to feel safe, when he is on my enemy alert list and it does no good. This inmate has already went to court on the assault and received punitive time but they want to release him to pop. so he can assault me a 3rd time. I have filed 2 grievances hoping maybe I can get some help before this gets out of hand.

**Signature of Inmate**

**Court Questions:**
1. Do you have a statement?

**Sentencing Conditions:**

**Verdict:**  Not Guilty

IGTT410                                                                                                    Attachment III
3GS

INMATE NAME: <u>Chambers, Brad</u>        ADC #: <u>168874A</u>        GRIEVANCE #: <u>TU-18-00933</u>

## WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On November 13th 2018 Sgt. Justin Powell came to Restrictive Housing and informed myself and three other inmates that we were being released back to population. One of the other three inmates was inmate Sean Conkey, (164554) the same inmate that attacked me on both Sunday November 4th and Monday November 5th, 2018. Inmate Conkey was placed on my enemy alert list by Lt. Davis on Nov. 4th after the first attack. I refused to leave restrictive housing because I feel that I was intentionally being released to be put directly in harms way with Inmate Conkey I received a Major Disciplinary form Sgt. Powell in which he states that he attempted to release us together. Incident Report number is 2018-11-051. I received a Major Disciplinary a 12-4, on November 16 2018 at 3:09 pm."

According to information obtained from Sgt. Powell, you and Inmate Conkey were not released at the same time, due to the incident that occurred between the two of you. Since being released to population, there haven't been any reported problems. I consider the issue in this grievance resolved.

_____          _____          _____
Signature of Warden/Supervisor or Designee          Title (Warden)          Date (12/17/18)

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?




                                                                  ADC#: <u>168874</u>        _____
                                                                                                     Date

_____
Inmate Signature

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: Tucker
Name: Brad Chambers
ADC#: 168874   Brks #: RH   Job Assignment: RH Outside Maintenance

FOR OFFICE USE ONLY
GRV. #: TU-18-00933
Date Received: 12/4/18
GRV. Code #: 201

11/18/18 (Date) STEP ONE: Informal Resolution

11/26/18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Never recieved respons to level 1

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? No  If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On November 13th 2018 Sgt. Justin Powell came to Restrictive Housing and informed myself and three other inmates that we were being released back to general population. One of the other three inmates was inmate Sean Conkey (164554), the same inmate that attacked me on both Sunday, November 4th and Monday November 5th, 2018. Inmate Conkey was placed on my enemy alert list by Lt. Davis on Nov. 4th after the first attack. I refused to leave restrictive housing because I feel that I was intentionally being released to be put directly in harms way with inmate Conkey. I recieved a Major Disciplinary from Sgt. Powell, in which he states that he attempted to release us together. Incident Report Number is 2018-11-051. I recieved a Major Disciplinary, a 12-4, on November 16th 2018 at 3:09PM.

Inmate Signature: [signed Brad Chambers]   Date: 11/18/18

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 11-22-18 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? No (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____
Sgt Joe Alexander  33655   [signed Joe Alexander]   11-22-18
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____
This form was received on 11-29-18 (date), pursuant to **Step Two**. Is it an Emergency? No (Yes or No).
Staff Who Received Step Two Grievance: Sgt M Coleman   Date: 11-29-18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15   www.acicatalog.com

Brad Chambers #168874
P.O. Box 240
Tucker, AR 72168



Pro Se Clerk
600 West Capitol Ave, Suite
Little Rock, AR 72201-3