IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRAD CHAMBERS,
ADC #168874                                                                                                    PLAINTIFF

V.                      CASE NO. 5:19-cv-234-JM-BD

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et al*.                                                     DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere recommending that the Arkansas Department of Correction be dismissed. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Chambers's claims against the Arkansas Department of Correction are DISMISSED, with prejudice.

IT IS SO ORDERED, this 28th day of August, 2019.

                                                                          UNITED STATES DISTRICT JUDGE