IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRAD CHAMBERS,
#217212                                                                                                PLAINTIFF

V.                         CASE NO. 5:19-cv-234-JM-BD

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et al*.                                                                   DEFENDANTS

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (#20) is GRANTED. The claims against Defendants Ford and West are DISMISSED, without prejudice, based on Plaintiff's failure to exhaust administrative remedies.

This lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 3rd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE