IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRAD CHAMBERS,
#217212     PLAINTIFF

V.     CASE NO. 5:19-cv-234-JM-BD

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et al*.     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE